# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BLOCK 40, LLC, CHARLES R. ABELE** and **JOSE R. BOSCHETTI,**
Appellants,

v.

## CND GROUP, LLC,
Appellee.

Nos. 4D16-4001 and 4D17-82

[September 28, 2017]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch IV, Judge; L.T. Case No. CACE14-003876 (05).

Bruce S. Rogow and Tara A. Campion of Bruce S. Rogow, P.A., Fort Lauderdale and Richard Morgan, Jennifer Olmedo-Rodriguez, Mark Auerbacher, Jose R. Florez and TA'Ronce Stowes of Buchanan Ingersoll & Rooney, PC, Miami, for appellants.

Sylvia H. Walbolt, David J. Smith, Merrick L. Gross and Steven M. Blickensderfer of Carlton Fields Jorden Burt, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***